Morris Gluck, as Administrator, etc., Respondent, v. Ridgewood Ice Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. George Hansen v. John McClave and others, Commissioners, etc.—Proceedings of Commissioners affirmed and writ dismissed. Opinion by Daniels, J.

In the Matter of the Application of the Mayor, etc., to Acquire Lands, etc., for Parks. (In re Estate Frederick A. Hemmer.) Motion denied.

Emma A. Marson, Individually, and as Executrix, etc., Appellant, v. Charles A. Purdy and others, Respondents.—Judgment affirmed, with costs. Opinion by Daniels, J.

John H. N. Graham and others, Respondents, v. I. Osgood Carleton and others, Appellants.—Order affirmed, with ten dollars costs, and the disbursements on the appeal. Opinion by Daniels, J.

William G. Irving, Respondent, v. Sumner E. Claggett, Appellant.—Judgment reversed and new trial ordered, with costs to the defendant to abide the event. Opinion by Daniels, J.; dissenting opinion by Brady, J.

Anna E. Bahruth v. Hilbert Bahruth.—Motion granted, with ten dollars costs.

The Manhattan Electric Light Company, Appellant, v. Hugh J. Grant, as Mayor, etc., and others, Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

The People of the State of New York ex rel. Louis Lorch, Relator, v. Stephen B. French and others, Police Commissioners, Respondents.—Writ dismissed, with costs. Opinion by Bartlett, J.

Simon August and others, Respondents, v. The Fourth National Bank, Appellant.—Order affirmed on the condition stated in opinion. Opinion by Bartlett, J.

Thomas Thorn and others, Respondents, v. The Metropolitan Elevated Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Thomas Thorn and others, Respondents, v. The Metropolitan Elevated Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Aurelie Giordano, Respondent, v. The Manhattan Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Bartlett, J.

Theodorus B. Woolsey and others, Respondents, v. The New York Elevated Railroad Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Edward Mitchell and others, Respondents, v. The Metropolitan Elevated Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

George Jacob Hochhalter, Respondent, v. The Manhattan Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Elias Sobel and others, Respondents, v. The New York Elevated Railroad Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Thomas Thorn and others, Respondents, v. The Metropolitan Elevated Railway Company and others, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Robert Irwin, Plaintiff, v. The Mayor, etc., of the City of New York, Defendants.—Judgment for plaintiff for interest from August 26, 1889. Opinion by Van Brunt, P. J.

---

# FIFTH DEPARTMENT, MARCH TERM, 1890.

Edith E. Otis and another, Appellants, v. Fannie A. Sherman and another, Respondents.

Same v. Same.—Orders affirmed, with ten dollars costs and disbursements.

Phebe Brandy, Appellant, v. Fannie A. Sherman and another, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Robert P. Russell, Appellant, v. Nelson Randall, Respondent. — Order appealed from reversed, with ten dollars costs and disbursements, without prejudice to the defendant's renewal of the motion for a new trial upon newly-discovered evidence, upon a case made and settled for that purpose. Opinion Per Curiam left with Dwight, P. J.; dissenting opinion by Corlett, J.

Alice Lafflin, Respondent, v. The Travelers' Insurance Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. Held, that the appointment of the superintendent of the insurance department, as the attorney for the defendant to be served with process, was not duly certified and authenticated by the certificate purporting to be that of a notary of the city of Hartford, Ct.

Victoria A. King and others, Appellants, v. Joseph Reed, Sole Commissioner of Highways for Town of Manchester, Respondent.— Order vacating temporary injunction reversed, with ten dollars costs and disbursements. Opinion by Macomber, J.

The Manufacturers and Traders' Bank, Appellant, v. Thomas V. Welch, as Receiver, etc., Respondent, Impleaded, etc.—Orders appealed from reversed, without costs to either party. Opinion by Dwight, P. J.; Corlett, J., not sitting.

In the Matter of the Final Judicial Settlement of Accounts of Jane A. May, Executrix, etc., Appellant.—Decree of surrogate affirmed, with costs. Opinion by Corlett, J.

William B. Reading, Administrator, etc., Respondent, v. Jeremiah C. Lamphier, Appellant. — Judgment and order affirmed. Opinion by Macomber, J.; Corlett, J., not sitting.

In the Matter of the Revocation of the Will of Richard Simmons, Deceased. — Decree of the surrogate affirmed, with costs. Opinion by Corlett, J.

In the Matter of the Probate of the Will of Gottfried Tallinger, Deceased. — Decree of the surrogate affirmed, with costs to respondents, payable out of the estate.

Chauncey Abbey, Appellant, v. Ada J. Ferris and others, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

Emory J. Bishop, Respondent, v. Agricultural Insurance Company, Appellant.—Judgment and order affirmed. Opinion by Corlett, J.

Olive Knight, Executrix, etc., Respondent, v. Lucius P. Warren, Appellant, Impleaded, etc. Judgment affirmed, with costs. Opinion by Dwight, P. J.: Corlett, J., not sitting.

Charles A. Drefs and others, Appellants, v. David P. Stewart and others, Respondents.

Same v. Same.—Judgment reversed and a new trial granted, with costs to abide the final award of costs. Opinion Per Curiam left with Dwight, P. J.; Corlett, J., not sitting.

Emma E. Cramer and others, Plaintiffs, v. The Masonic Life Association of Western New York, Defendant. — Motion for a new trial denied, and judgment ordered for the defendant on the verdict. Opinion by Corlett, J.

Seth Wells, Respondent, v. John W. Garbutt, Appellant.— Judgment affirmed, with costs.

True D. Matson, Appellant, v. Justin Blossom,